United States District Court
Southern District of Texas
**ENTERED**
April 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELE AUSTIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-00901 |
| | § | |
| FLEMING, NOLEN & JEZ, LLP, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Court granted Defendant Fleming, Nolen & Jez, LLP's Motion for Summary Judgment. (Doc. No. 31). The Court finds that Plaintiff Michele Austin takes nothing on her individual claims against Defendant Fleming, Nolen & Jez, LLP. This is a final judgment as to only Plaintiff Michele Austin's claims, as no class was ever certified in the above-captioned case.

Signed at Houston, Texas, on this the 2nd day of April 2024.

Andrew S. Hanen
United States District Judge